**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 16−22536−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Rocky Raymond Stoneking<br>707 Millers Run Road<br>Mc Donald, PA 15057 | Traci Jean Stoneking<br>fka Traci Fleeher<br>707 Millers Run Road<br>Mc Donald, PA 15057 |

Social Security No.:
  xxx−xx−1460                                                          xxx−xx−0656

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Jesse J. White<br>Law Offices of Jesse White<br>107 S. McDonald Street<br>McDonald, PA 15057<br>Telephone number: 724−926−4444 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>November 14, 2016<br>09:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>November 14, 2016<br>09:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 10/5/16                                                        BY THE COURT

                                                                      Gregory L. Taddonio
                                                                      Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-22536-GLT
Rocky Raymond Stoneking                                               Chapter 13
Traci Jean Stoneking
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin              Page 1 of 2          Date Rcvd: Oct 05, 2016
                              Form ID: rsc13          Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2016.
db/jdb         +Rocky Raymond Stoneking,    Traci Jean Stoneking,    707 Millers Run Road,
                 Mc Donald, PA 15057-2539
14256470       +ACAR Leasing LTD,    d/b/a GM Financial Leasing,    PO Box 183583,    Arlington, TX 76096-3583
14256471       +AmeriCredit/GM Financial,    Po Box 181145,    Arlington, TX 76096-1145
14256473      ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,    15000 Capital One Dr,   Richmond, VA 23238)
14256480      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                 (address filed with court: Collection Service Cen,    Attn:Collection Center,   Po Box 14931,
                 Pittsburgh, PA 15234)
14256472       +Capital One,   Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14256474       +Chase Mtg,   P.o. Box 24696,    Columbus, OH 43224-0696
14256475       +Chevy,   801 Cherry St Ste 3500,    Fort Worth, TX 76102-6854
14256477       +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
14256476       +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14256479       +Citizens Bank,   One Citizens Plaza,    Providence, RI 02903-1339
14256478       +Citizens Bank,   1 Citizens Dr,    Riverside, RI 02915-3000
14259000       +Citizens Bank,   1 Citizens Drive,    ROP15B,   Riverside R.I 02915-3019
14256488       +Creditech/Cbalv,   50 N 7th St,    Bangor, PA 18013-1791
14256487       +Creditech/Cbalv,   Attn:Collections,    Po Box 99,   Bangor, PA 18013-0099
14256489       +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,   Wilkes Barr, PA 18773-9400
14256492       +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
14256491       +Fed Loan Servicing,    Po Box 69184,    Harrisburg, PA 17106-9184
14256493       +First Energy,   168 Georgetown Rd,    Canonsburg, PA 15317-5611
14256494       +Ford Credit,   700 N Wood Dale Road,    Wood Dale, IL 60191-1136
14256495       +Home Depot,   Po Box 790328,    St Louis, MO 63179-0328
14256496        Jared Vault,   161 Fort Couch Rd,    Pittsburgh, PA 15241
14256497       +Jared/Sterling Jewelers,    Attn: Bankruptcy,    Po Box 3680,    Akron, OH 44309-3680
14256499       +Kay Jewelers/Sterling Jewelers Inc.,    Sterling Jewelers,    Po Box 1799,   Akron, OH 44309-1799
14256503       +Merrill Lynch,   1400 Ameican Blvd,    Pennington, NJ 08534-4136
14256508       +RBS Citizens Cc,    Attn: Bankruptcy Department,    443 Jefferson Blvd Ms: Rjw-135,
                 Warwick, RI 02886-1321
14256509       +RBS Citizens Cc,   1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
14256510       +Rebecca A. Solarez,    701 Market Street Suite 5000,    Philadelphia, PA 19106-1541
14256513       +Sams Club,   249 Summit Park Dr,    Pittsburgh, PA 15275-1221
14279059       +Sprint Corp. Attn: Bankruptcy Dept,    P.O Box 7949,    Overland Park, KS 66207-0949
14256521       +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
14256522       +US Dept of Education,    Po Box 5609,   Greenville, TX 75403-5609
14256524       +Verizon,   Po Box 49,    Lakeland, FL 33802-0049
14256523       +Verizon,   500 Technology Dr,    Suite 500,   Weldon Spring, MO 63304-2225
14256525       +Walmart,   2200 Washington Pike,    Carnegie, PA 15106-3750

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 06 2016 01:46:17      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr              E-mail/PDF: rmscedi@recoverycorp.com Oct 06 2016 01:52:18
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL   33131-1605
14256484       +E-mail/Text: ccusa@ccuhome.com Oct 06 2016 01:45:44     Credit Coll USA,    16 Distributor Dri,
                 Morgantown, WV 26501-7209
14256483       +E-mail/Text: ccusa@ccuhome.com Oct 06 2016 01:45:44     Credit Coll USA,
                 Ccusa/Attn:Bankruptcy,    16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
14256485       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 06 2016 01:47:30
                 Credit Collections Svc,    Po Box 773,   Needham, MA 02494-0918
14256486       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 06 2016 01:47:30
                 Credit Collections Svc,    Po Box 9134,   Needham, MA 02494-9134
14256490       +E-mail/PDF: pa_dc_ed@navient.com Oct 06 2016 01:51:10      Dept Of Ed/Navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
14256498       +E-mail/Text: ebnsterling@weltman.com Oct 06 2016 01:46:00      Jared/Sterling Jewelers,
                 375 Ghent Rd,    Fairlawn, OH 44333-4601
14256500       +E-mail/Text: ebnsterling@weltman.com Oct 06 2016 01:46:00
                 Kay Jewelers/Sterling Jewelers Inc.,    375 Ghent Rd,   Fairlawn, OH 44333-4601
14256506        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 06 2016 01:52:32
                 Portfolio Recovery,    Attn: Bankruptcy,   Po Box 41067,    Norfolk, VA 23541
14256507        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 06 2016 01:51:19
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502
14256505       +E-mail/Text: recovery@paypal.com Oct 06 2016 01:45:43     Pay Pal,    2211 North First St,
                 San Jose, CA 95131-2021
14263440        E-mail/Text: bnc-quantum@quantum3group.com Oct 06 2016 01:46:05
                 Quantum3 Group LLC as agent for,    CF Medical LLC,   PO Box 788,    Kirkland, WA  98083-0788

```
District/off: 0315-2          User: lfin              Page 2 of 2                Date Rcvd: Oct 05, 2016
                              Form ID: rsc13          Total Noticed: 57

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14260574         E-mail/PDF: rmscedi@recoverycorp.com Oct 06 2016 01:51:41
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
14256512        +E-mail/PDF: pa_dc_claims@navient.com Oct 06 2016 01:51:40      Sallie Mae,    11100 Usa Pkwy,
                  Fishers, IN 46037-9203
14256511        +E-mail/PDF: pa_dc_claims@navient.com Oct 06 2016 01:51:07      Sallie Mae,    Attn: Navient,
                  Po Box 9500,    Wilkes-Barr, PA 18773-9500
14256516        +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2016 01:51:33      Syncb/toysrus,    Po Box 965005,
                  Orlando, FL 32896-5005
14256515        +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2016 01:52:11      Syncb/toysrus,    Attn: Bankrupty,
                  Po Box 103104,    Roswell, GA 30076-9104
14256517        +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2016 01:50:59      Synchrony Bank/Sams,
                  Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
14256518        +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2016 01:52:10      Synchrony Bank/Sams,
                  Po Box 965005,    Orlando, FL 32896-5005
14256519        +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2016 01:52:10      Synchrony Bank/Walmart,
                  Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
14256520         E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2016 01:52:11      Synchrony Bank/Walmart,
                  Po Box 965024,    El Paso, TX 79998
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMorgan Chase Bank, National Association
14256469        Aes/nct
14256482        Credit Cards
14256501        MEM Credit Union
14256502        Mem Federal Credit Uni
14256504        Northwest Consumer Dis
14256514        Student Loan
14256481*      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Cen,    Po Box 14931,    Pittsburgh, PA 15234)
                                                                                   TOTALS: 7, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2016 at the address(es) listed below:
              Jesse J. White    on behalf of Debtor Rocky Raymond Stoneking bkinfo@jessewhitelaw.com,
               jwhitebankruptcy@gmail.com
              Jesse J. White    on behalf of Joint Debtor Traci Jean Stoneking bkinfo@jessewhitelaw.com,
               jwhitebankruptcy@gmail.com
              Joshua I. Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5
```