MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Stone King _____ JAD/TPA/CMB/(GLT)
Date of Meeting: 11/14/16
Case Number: 16-22536 Recording # ___
Debtor(s) present ___ or Not Present ✓ (✓ No Payments Made or ___ partial payments)
Attorney for debtor(s) White _____ (Present ___ or Not Present ✓)
Date of Plan at § 341: _____ Applicable commitment period ___ 3 yrs ___ 5 yrs

3rd missed 341 meeting
No payments

**FILED**
2016 NOV 17 P 1:24
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

___ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
✓ Meeting NOT HELD
___ ✓ Order to Show Cause Requested
___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___ Continued to:
___ 341 Meeting OR ___ Conciliation Conf. OR ___ *Contested Hearing
On _____ at _____ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee