**Form 203**

UNITED STATES BANKRUPTCY COURT  
WESTERN DISTRICT OF PENNSYLVANIA

34 – 33  
dbas

In re:     Bankruptcy Case No.: 16–22536–GLT  
Per 11/14/2016 Proceeding  
Chapter: 13

**Rocky Raymond Stoneking**     Traci Jean Stoneking  
Debtor(s)     fka Traci Fleeher

**ORDER DIRECTING DEBTOR(S) FILE NOTARIZED AFFIDAVIT  
AND RULE TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

**AND NOW,** this 21st day of November, 2016, the Debtor(s) having failed to:

- ☑ Attend §341 Meeting of Creditors
- ☑ Attend Chapter 13 Plan Confirmation Hearing
- ☐ Commence Chapter 13 Plan Payments
- ☑ Make Regular Plan Payments
- ☑ Documentary proof that at least one full plan payment has been submitted to The Trustee since the 11/14/2016 meeting of creditors

**IT IS HEREBY ORDERED** that each Debtor shall file a notarized affidavit by **12/6/2016** explaining the failure to comply with the bankruptcy requirements checked above.

The affidavit shall include:  
(a) each Debtor's current mailing address;  
(b) a request by each Debtor to reschedule the §341 meeting and/or plan confirmation hearing (as applicable); and  
(c) a statement of intention by each Debtor to attend the next scheduled §341 and/or plan confirmation hearing.

**IT IS FURTHER ORDERED** that if the failure to comply checked above includes lack of plan payments, the Debtor shall also attach documentary proof (i.e., a copy of the money order or cashier's check) of submission of at least one full plan payment to the Chapter 13 Trustee's lock box bank account.

**IT IS FURTHER ORDERED** that failure to comply with this order shall result in an order dismissing this case, for cause, without prejudice, under 11 U.S.C. §109(g)(1), without further notice or hearing.

Gregory L. Taddonio  
Judge

cm: Debtor, Counsel, Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Rocky Raymond Stoneking
Traci Jean Stoneking
    Debtors

Case No. 16-22536-GLT
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dbas | Page 1 of 1 | Date Rcvd: Nov 21, 2016 |
|---|---|---|---|
| | Form ID: 203 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2016.
db/jdb    +Rocky Raymond Stoneking,   Traci Jean Stoneking,   707 Millers Run Road,   Mc Donald, PA 15057-2539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2016 at the address(es) listed below:
     Jesse J. White   on behalf of Debtor Rocky Raymond Stoneking bkinfo@jessewhitelaw.com, jwhitebankruptcy@gmail.com
     Jesse J. White   on behalf of Joint Debtor Traci Jean Stoneking bkinfo@jessewhitelaw.com, jwhitebankruptcy@gmail.com
     Joshua I. Goldman   on behalf of Creditor   JPMorgan Chase Bank, National Association bkgroup@kmllawgroup.com
     Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
     Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                                       TOTAL: 5