Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Rocky Raymond Stoneking** | : | Case No. 16−22536−GLT |
| **Traci Jean Stoneking** | : | Chapter: 13 |
| **fka Traci Fleeher** | : | |
| *Debtor(s)* | : | |
| | : | Related to Docket No. 34 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **7th day of December, 2016,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. *Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.*

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-22536-GLT
Rocky Raymond Stoneking                                                 Chapter 13
Traci Jean Stoneking
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 2           Date Rcvd: Dec 07, 2016
                              Form ID: 309            Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2016.
```
db/jdb         +Rocky Raymond Stoneking,    Traci Jean Stoneking,    707 Millers Run Road,
                 Mc Donald, PA 15057-2539
14256470       +ACAR Leasing LTD,    d/b/a GM Financial Leasing,    PO Box 183583,    Arlington, TX 76096-3583
14256480      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                 (address filed with court: Collection Service Cen,      Attn:Collection Center,    Po Box 14931,
                 Pittsburgh, PA 15234)
14256474       +Chase Mtg,    P.o. Box 24696,    Columbus, OH 43224-0696
14256475       +Chevy,    801 Cherry St Ste 3500,    Fort Worth, TX 76102-6854
14256476       +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,     Po Box 790040,
                 Saint Louis, MO 63179-0040
14256479       +Citizens Bank,    One Citizens Plaza,    Providence, RI 02903-1339
14259000       +Citizens Bank,    1 Citizens Drive,    ROP15B,    Riverside R.I 02915-3019
14256478       +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
14256488       +Creditech/Cbalv,    50 N 7th St,    Bangor, PA 18013-1791
14256487       +Creditech/Cbalv,    Attn:Collections,    Po Box 99,    Bangor, PA 18013-0099
14256489       +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barr, PA 18773-9400
14256492       +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
14256491       +Fed Loan Servicing,    Po Box 69184,    Harrisburg, PA 17106-9184
14256493       +First Energy,    168 Georgetown Rd,    Canonsburg, PA 15317-5611
14256494       +Ford Credit,    700 N Wood Dale Road,    Wood Dale, IL 60191-1136
14256495       +Home Depot,    Po Box 790328,    St Louis, MO 63179-0328
14256496        Jared Vault,    161 Fort Couch Rd,    Pittsburgh, PA 15241
14256497       +Jared/Sterling Jewelers,    Attn: Bankruptcy,    Po Box 3680,    Akron, OH 44309-3680
14256499       +Kay Jewelers/Sterling Jewelers Inc.,     Sterling Jewelers,    Po Box 1799,    Akron, OH 44309-1799
14305308       +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
14256503       +Merrill Lynch,    1400 Ameican Blvd,    Pennington, NJ 08534-4136
14311395        Navient Solutions, Inc. on behalf of,     Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
14256508       +RBS Citizens Cc,    Attn: Bankruptcy Department,    443 Jefferson Blvd Ms: Rjw-135,
                 Warwick, RI 02886-1321
14256509       +RBS Citizens Cc,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
14256510       +Rebecca A. Solarez,    701 Market Street Suite 5000,     Philadelphia, PA 19106-1541
14256513       +Sams Club,    249 Summit Park Dr,    Pittsburgh, PA 15275-1221
14279059       +Sprint Corp. Attn: Bankruptcy Dept,     P.O Box 7949,    Overland Park, KS 66207-0949
14311792       +Synchrony Bank,    c/o PRA Receivables Management, LLC,     PO Box 41021,    Norfolk VA 23541-1021
14301634        U.S. Department of Education,    C/O FedLoan Servicing,     P.O. Box 69184,
                 Harrisburg, PA  17106-9184
14256521       +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
14256522       +US Dept of Education,    Po Box 5609,    Greenville, TX 75403-5609
14256524       +Verizon,    Po Box 49,    Lakeland, FL 33802-0049
14256525       +Walmart,    2200 Washington Pike,    Carnegie, PA 15106-3750

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              EDI: RECOVERYCORP.COM Dec 08 2016 01:18:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
14256471       +EDI: PHINAMERI.COM Dec 08 2016 01:18:00      AmeriCredit/GM Financial,    Po Box 181145,
                 Arlington, TX 76096-1145
14256473        EDI: CAPITALONE.COM Dec 08 2016 01:23:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
14302096       +E-mail/Text: bncmail@w-legal.com Dec 08 2016 01:27:32       COMENITY CAPITAL BANK,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
14256472       +EDI: CAPITALONE.COM Dec 08 2016 01:23:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14256477       +EDI: CITICORP.COM Dec 08 2016 01:18:00      Citibank/The Home Depot,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
14256484       +EDI: CCUSA.COM Dec 08 2016 01:18:00      Credit Coll USA,    16 Distributor Dri,
                 Morgantown, WV 26501-7209
14256483       +EDI: CCUSA.COM Dec 08 2016 01:18:00      Credit Coll USA,    Ccusa/Attn:Bankruptcy,
                 16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
14256485       +EDI: CCS.COM Dec 08 2016 01:18:00      Credit Collections Svc,    Po Box 773,
                 Needham, MA 02494-0918
14256486       +EDI: CCS.COM Dec 08 2016 01:18:00      Credit Collections Svc,    Po Box 9134,
                 Needham, MA 02494-9134
14256490       +EDI: NAVIENTFKASMDOE.COM Dec 08 2016 01:23:00      Dept Of Ed/Navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
14256498       +E-mail/Text: ebnsterling@weltman.com Dec 08 2016 01:27:02       Jared/Sterling Jewelers,
                 375 Ghent Rd,    Fairlawn, OH 44333-4601
14256500       +E-mail/Text: ebnsterling@weltman.com Dec 08 2016 01:27:02       Kay Jewelers/Sterling Jewelers Inc.,
                 375 Ghent Rd,    Fairlawn, OH 44333-4601
14256507        EDI: PRA.COM Dec 08 2016 01:18:00      Portfolio Recovery,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502
14256506        EDI: PRA.COM Dec 08 2016 01:18:00      Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541
```

```
District/off: 0315-2          User: dbas               Page 2 of 2              Date Rcvd: Dec 07, 2016
                              Form ID: 309             Total Noticed: 62

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14324639       EDI: PRA.COM Dec 08 2016 01:18:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
14256505      +E-mail/Text: recovery@paypal.com Dec 08 2016 01:26:55     Pay Pal,   2211 North First St,
                 San Jose, CA 95131-2021
14263440       EDI: Q3G.COM Dec 08 2016 01:23:00      Quantum3 Group LLC as agent for,   CF Medical LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
14260574       EDI: RECOVERYCORP.COM Dec 08 2016 01:18:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
14256512      +EDI: NAVIENTFKASMSERV.COM Dec 08 2016 01:18:00      Sallie Mae,   11100 Usa Pkwy,
                 Fishers, IN 46037-9203
14256511      +EDI: NAVIENTFKASMSERV.COM Dec 08 2016 01:18:00      Sallie Mae,   Attn: Navient,   Po Box 9500,
                 Wilkes-Barr, PA 18773-9500
14256516      +EDI: RMSC.COM Dec 08 2016 01:23:00     Syncb/toysrus,   Po Box 965005,   Orlando, FL 32896-5005
14256515      +EDI: RMSC.COM Dec 08 2016 01:23:00     Syncb/toysrus,   Attn: Bankrupty,   Po Box 103104,
                 Roswell, GA 30076-9104
14256517      +EDI: RMSC.COM Dec 08 2016 01:23:00     Synchrony Bank/Sams,   Attn: Bankruptcy,   Po Box 103104,
                 Roswell, GA 30076-9104
14256518      +EDI: RMSC.COM Dec 08 2016 01:23:00     Synchrony Bank/Sams,   Po Box 965005,
                 Orlando, FL 32896-5005
14256519      +EDI: RMSC.COM Dec 08 2016 01:23:00     Synchrony Bank/Walmart,   Attn: Bankruptcy,
                 Po Box 103104,   Roswell, GA 30076-9104
14256520       EDI: RMSC.COM Dec 08 2016 01:23:00     Synchrony Bank/Walmart,   Po Box 965024,
                 El Paso, TX 79998
14256523      +EDI: VERIZONEAST.COM Dec 08 2016 01:23:00      Verizon,   500 Technology Dr,   Suite 500,
                 Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             JPMorgan Chase Bank, National Association
14256469       Aes/nct
14256482       Credit Cards
14256501       MEM Credit Union
14256502       Mem Federal Credit Uni
14256504       Northwest Consumer Dis
14256514       Student Loan
14256481*     ++COLLECTION SERVICE CENTER INC,   363 VANADIUM ROAD,   STE 109,   PITTSBURGH PA 15243-1477
              (address filed with court: Collection Service Cen,   Po Box 14931,   Pittsburgh, PA 15234)
                                                                                   TOTALS: 7, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2016 at the address(es) listed below:
              Jesse J. White    on behalf of Debtor Rocky Raymond Stoneking bkinfo@jessewhitelaw.com,
               jwhitebankruptcy@gmail.com
              Jesse J. White    on behalf of Joint Debtor Traci Jean Stoneking bkinfo@jessewhitelaw.com,
               jwhitebankruptcy@gmail.com
              Joshua I. Goldman    on behalf of Creditor   JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5
```